UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LANDAUER, INC.,

                Plaintiff,

-v-

MEDSTAR SURGICAL AND BREATHING
EQUIPMENT COMPANY INC.

                Defendant.

20 Civ. 867 (PAE)
(KHP)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

       On September 16, 2021, the Court stayed discovery pending the outcome of settlement discussions. *See* Dkt. 41. Having been notified that those discussions did not result in settlement, the Court now lifts the stay on discovery. The Court directs counsel, by December 21, 2020, to submit an updated case management plan that contemplates the completion of fact discovery by the end of March 2021. The Court adjourns the case management conference currently scheduled for February 9, 2021 until May 10, 2021 at 2 p.m.

       SO ORDERED.

                                       *Paul A. Engelmayer*
                                       Paul A. Engelmayer
                                       United States District Judge

Dated: December 17, 2020
       New York, New York